USMS 28046-055

# UNITED STATES DISTRICT COURT
for the

WESTERN District of New York

United States of America
v.

CHRIS KIMBELL
*Defendant*

Case No.  18-MJ-4033

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* CHRIS KIMBELL, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:
18:3148(a) - PRETRIAL RELEASE VIOLATION

Date: 06/20/2018

*Issuing officer's signature*

City and state: Rochester, New York

Jonathan W. Feldman, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/20/18, at *(city and state)* Rochester, NY, and the person was arrested on *(date)* 06/20/18

Date: 06/20/18

*Arresting officer's signature*

DUSM Jeremy L. Manero
*Printed name and title*